IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**RECEIVED**

FEB 5 - 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Larry Dubose

Plaintiff,

1:18-cv-01005
Judge John Robert Blakey
Magistrate Judge M. David Weisman
PC1

VS.

Tom Dart, Cook County Sheriff

Nurse Lavender,

Nurse Jane Doe #1

Nurse Jane Doe #2

Nurse Jane Doe #3

Psychiatrist Doctor #1

Psychiatrist Doctor #2

All defendants are sued

in their individual and official

capacities.

CIVIL RIGHTS COMPLAINT UNDER CIVIL RIGHTS ACT

TITLE 42 SECT. 1983

JURY DEMAND

I. PLAINTIFF:

A. Name: Larry Dubose

B. List all aliases: N/A

C. Prisoner Identification Number: 46772-424

D. Present Place of Confinement:

    Metropolitan Correctional Center

E. Address: 71 West Van Buren, Chicago, IL 60605

II. DEFENDANTS:

A. Name: Tom Dart

  Title: Cook County Sheriff

  Place of Employment: Cook County Jail

        2600 S. California

        Chicago, IL 60608

B. Name: Nurse Lavender

  Title: Nurse

  Place Of Employment: Cook County Jail

        2600 S. California

        Chicago, IL 60608

C. Name: Nurse Jane Doe #1

   Title: Nurse

   Place Of Employment: Cook County Jail

                    2600 S. California

   Chicago, IL 60608

D. Name: Nurse Jane Doe #2

   Title: Nurse

   Place Of Employment: Cook County Jail

                    2600 S. California

   Chicago, IL 60608

E. Name: Nurse Jane Doe #3

   Title: Nurse

   Place Of Employment: Cook County Jail

                    2600 S. California

   Chicago, IL 60608

F. Name: Psychiatrist Doctor John Doe #1

   Title: Psychiatrist

   Place Of Employment: Cook County Jail

                    2600 S. California

   Chicago, IL 60608

G. Name: Psychiatrist Doctor John Doe #2

   Title: Psychiatrist

   Place Of Employment: Cook County Jail

2600 S. California

Chicago, IL 60608

ALL DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY.

III.                    STATEMENT OF FACTS

1. On January 10, 2018 plaintiff was taken into custody by the Cook County Sheriff's Depart-ment. Plaintiff explained to the Sheriff's that he was under Doctor's care for PTSD and an anxiety disorder and that it was because of his tour of duty in the military where he was diag-nosed with it that he was on the medications.

2. The Sheriff's took plaintiff to Westmont Hospital where he was seen by a Doctor and then prescribed his needed medications for PTSD and anxiety.

3. On January 11, 2018 Plaintiff appeared before a Judge at the Cook County Court building for a hearing about extradition to Virginia. Plaintiff waived his rights and was told that it would be no more than 30 days until he was transported to Virginia to face the criminal charges.

4. Plaintiff was then processed into the Cook County Jail with prescribed medication from a Doctor at Westmont Hospital and Plaintiff went through medical screening and spoke to nurse jane doe #1 and explained that he was under a Doctors care for PTSD and anxiety disorder.

5. Plaintiff explained to Nurse Jane doe #1 that if plaintiff did not get his medications that he experienced night terrors

and cold sweats that often led to plaintiff having panic attacks from the anxiety that the experience caused.

6. Plaintiff was seen by Psychiatrist Doctor #1 from the mental health department and plaintiff explained that he had been diagnosed with PTSD and anxiety disorder by Doctors in the Navy in 2003 and that he had to have his medications.

7. As a result of the medical screening on January 12, 2018 plaintiff was placed on a unit that was for people with mental health issues.

8. Plaintiff was not given his medications at the time when the medications were passed out on the unit.

9. On January 12, 2018 Plaintiff spoke to the Nurse Lavender at the medication window on the unit and explained his condition and that he had told Nurse Jane doe #1 and Pyschiatrist Doctor #1 from mental health that he needed his medications.

9. Nurse Lavender told plaintiff that there was no medications prescribed for him.

10. From 1-12-18 to 1-16-18 plaintiff experi-enced severe night terrors that often chased him out of his sleep in a cold sweat and on four separate occasions plaintiff had panic attacks that incapacitated him for 10-15 minutes at a time.

11. During the panic attacks plaintiff experi-enced cold sweats, problems breathing, lost of strength that made him collapse to the floor and stomach convulsions that made him ball up in a knot on the floor.

12. From January 12, 2018 to January 16, 2018 plaintiff went to the medication window and spoke to Nurses Jane doe #2 and Jane doe #3 about his medications and each time Nurse Jane doe #2 and #3 told the plaintiff there was no medications for him.

13. From January 12, 2018 to January 16, 2018 plaintiff asked Nurses Lavender Jane doe #2 and Jane doe #3 for help and explained to them that he was having episodes and he needed his medications.

14. From January 12, 2018 to January 16, 2018 plaintiff suffered episodes and received no help from Nurses Lavender, Jane doe #2 or #3 or anyone in the medical department at Cermak Hospital.

15. On January 16, 2018 plaintiff sent in a medication request form for his medications.

16. Plaintiff received no medications on 1-17-18 plaintiff still had not received and medications and suffered yet another episode that led to a debilitating panic attack.

17. On January 17, 2018 plaintiff filed a grievance with

Sheriff Tom Dart about not getting his medications while he was in the Cook County Jail that Tom Dart was in charge of. He received no help from Sheriff Tom Dart.

18. On January 18, 2018 I was seen by Psychiatrist Doctor #2 from mental health about his medications and he was questioned about his condition. Plaintiff was then medicated on the evening of 1-18-18 and up to 1-22-18.

19. On January 23, 2018 plaintiff was taken into custody by the United States Federal Marshall's and transfered and processed into the Metro-politan Correctional Center.

20. During the medical screening process of plaintiff's intake process into the Metropolitan Correctional Center plaintiff spoke to Nurse Jane/John doe and once again explained my medical conditions and the medications I was taking.

21. Plaintiff was told that there was no orders sent from the Cook County Jail for medications for my medical needs.

IV.                RELIEF REQUESTED

State briefly exactly what you want the Court to do for you:

Compensatory damages, Punitive damages and declatory relief, jointly and severally against each defendant and anything else the Court deems just and fair.

V. PLAINTIFF DEMANDS TRIAL BY JURY.

                    CERTIFICATION

By signing this complaint, I certify that the facts in this complaint are true to the best of my knowledge, information and belief. I under-stand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __29__ day of __Jan__ 2018

/s/ _Larry DuBose_

CERTIFICATION/PROOF OF SERVICE

TO: The United States District Court

Att: Clerk Of The Court

219 South Dearborn Street

Chicago, Illinois 60604

PLEASE TAKE NOTICE that on January 30, 2018 I placed the Civil Complaint against Tom Dart in the mail at the Metropolitan Correctional Center properly addressed with the appropriate postage attached for mailing through the United States Postal Service to the above named party.

I, Larry Dubose, swear under penalty of perjury in accordance with 28 U.S.C. 1746 that the above testimony is true to the best of my knowledge. Executed on this 30th day of Jan in the year of our Lord 2018.

/s/ Larry DuBose